CLOSED, CV

# U.S. District Court
# U.S.District Court Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:08−cv−00498−DSD−SRN

Johnston v. Davol, Inc. et al DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.
Assigned to: Senior Judge David S. Doty
Referred to: Magistrate Judge Susan R. Nelson
Demand: $75,000
Cause: 28:1332−pip−Diversity−Personal Injury, Product Liability

Date Filed: 02/25/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Vivian E. Johnston**

represented by **Charles H Johnson**
Charles H Johnson &Associates, PA
2599 Mississippi St
New Brighton, MN 55112
651−633−5685
Fax: 651−633−4442
Email: johnsonbarbara5@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/25/2008 | " 1 | COMPLAINT against Davol, Inc., C.R. Bard, Inc. (Filing fee $350 receipt number 40019919) assigned to Judge David S. Doty per Master List referred to Magistrate Judge Susan R. Nelson, filed by Vivian E. Johnston. (Attachments: # 1 Civil Cover Sheet) (jz) (Entered: 02/25/2008) |
| 02/25/2008 | " | Summons Issued as to Davol, Inc., C.R. Bard, Inc.. (jz) (Entered: 02/25/2008) |
| 02/28/2008 | " 2 | REQUEST FOR WAIVER of Service sent to Brian L. Burlew (Defense Counsel for Service of Process) on 02−28−2008 by Vivian E. Johnston. Waiver of Service due by 3/31/2008. (Attachments: # 1 Attached Waiver Form, # 2 Certificate of Service)(Johnson, Charles) (Entered: 02/28/2008) |
| 04/02/2008 | " 3 | Certified Copy of Transfer Order (CTO−16) from the Judicial Panel on Multi−District Litigation; transferring case to the District of Rhode Island for coordinated or consolidated pretrial proceedings. Case assigned to the Honorable Mary M. Lisi. (jz) (Entered: 04/02/2008) |